UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EDERY HERRERA, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

         Plaintiffs,

v.

DAKINE, INC. and DAKINE IP HOLDINGS LP,

         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:25-cv-2335

**NOTICE OF VOLUNTARY DISMISSAL**

     Plaintiff(s), EDERY HERRERA, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and without fees and costs against Defendants, DAKINE, INC. and DAKINE IP HOLDINGS LP.

Dated:   New York, New York
           August 27, 2025

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Michael A. LaBollita
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*


SO ORDERED:

_____
United States District Court Judge